*1115 ante, p. 336;
ante, p. 966;
*1116 No. 90-90.
No. 90-484.
No. 90-532.
No. 90-5627.
No. 90-5931.
No. 90-5938.
No. 90-5941.
No. 90-5981.
No. 90-5991.
No. 90-6020.
No. 90-6031.
No. 90-6051.
No. 90-6054.
No. 90-6116.
No. 90-6118.
No. 90-6171.
No. 90-6230.
No. 90-6280.
No. 90-6313.
ante, p. 980;
ante, p. 967;
ante, p. 982;
ante, p. 1029;
ante, p. 1030;
ante, p. 1001;
ante, p. 1017;
ante, p. 1014;
ante, p. 1015;
ante, p. 1002;
ante, p. 1002;
ante, p. 177;
ante, p. 1002;
ante, p. 1033;
ante, p. 1070;
ante, p. 1034;
ante, p. 1036;
ante, p. 1051; and
ante, p. 1071. Petitions for rehearing denied.